# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | Doe v. Doe, Appeal No. 23-1058 |
| **Originating No. & Caption** | Doe v. Doe, 5:22-cv-00500-D-BM |
| **Originating Court/Agency** | Eastern District of North Carolina |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | 1/5/2023 | |
| Date notice of appeal or petition for review filed | 1/15/2023 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ○ Yes | ⦿ No |
| If appeal is not from final judgment, why is order appealable?<br>See attached answer | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ○ Yes | ⦿ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This appeal concerns the denial of Plaintiff-Appellant's motion to proceed by pseudonym in the action filed in the District Court, which the District Court denied on an ex parte basis prior to service of the Complaint on Defendant Jane Doe. The District Court did not decide whether Jane Doe can proceed by pseudonym. <br><br> There has been no disposition on the merits with respect to Plaintiff-Appellant's claims against Defendant Jane Doe, a natural person. The Complaint alleges claims for defamation, abuse of process, tortious interference with contract, intentional infliction of emotional distress, and civil conspiracy. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Did the District Court err in denying Plaintiff-Appellant John Doe's motion to proceed by pseudonym in the underlying action? |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: John Doe<br><br>Attorney: Kara L. Gorycki<br>Address: Nesenoff & Miltenberg, LLP<br>          363 Seventh Avenue, 5th Fl.<br>          New York, NY 10001<br><br>E-mail: kgorycki@nmllplaw.com<br>Phone: 212-736-4500 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br>Phone: |

| **Appellant (continued)** ||
|---|---|
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br>Phone: |

**Signature:** /s/ Kara Gorycki      **Date:** 1/26/23

**Counsel for:** Plaintiff-Appellant

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on __1/26/23__ by ☐ personal delivery; ☐ mail; ✔ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| The complaint and service waivers, along with copies of all filings related to the underlying motion and appeal, as well as a copy of this form, were served on Jane Doe by FedEx. Disclosing Jane Doe's address in a public filing could disclose her identity. Address available upon request. | |

**Signature:** /s/ Kara Gorycki      **Date:** 1/26/23