No. 23-1058

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JOHN DOE,

*Plaintiff-Appellant*,

v.

JANE DOE,

*Defendant-Appellee*.

*On Appeal from an Order of the United States District Court
for the Eastern District of North Carolina
Case No. 5:22-cv-00500-D-BM*

## DECLARATION OF KARA L. GORYCKI

KARA L. GORYCKI, hereby declares, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am Senior Litigation Counsel to the law firm of Nesenoff & Miltenberg, LLP, counsel for Plaintiff-Appellant John Doe ("John Doe").

2. I submit this declaration is support of Plaintiff-Appellant's Response to Eugene Volokh's and the First Amendment Amicus Brief Clinic at UCLA School of Law's Motion to Be Appointed Pro Bono *Amicus Curiae* In Support of the Decision Below. The facts set forth herein are based on my personal knowledge.

1

3. Annexed hereto as Exhibit 1 is a true and correct copy of the course description for the First Amendment Amicus Brief Clinic at UCLA School of Law, which I printed from the UCLA School of Law website on January 28, 2023.

4. Annexed hereto as Exhibit 2 is a true and correct copy of a January 18, 2023 blog post, *No Pseudonymity in #TheyLied Libel Case Alleging False Claims of Sexual Assault at College*, from the website "The Volokh Conspiracy" and authored by Eugene Volokh, which I printed on February 3, 2023.

5. The District Court decided John Doe's pseudonym motion in the underlying action before Jane Doe was served. Annexed hereto as Exhibit 3 is a true and correct copy of the District Court's January 5, 2023 Order denying John Doe's motion to proceed by pseudonym (the "Order").

6. On January 26, 2023, Jane Doe, the defendant in the underlying litigation, was served by FedEx pursuant to Rule 4(d)(1) of the Federal Rules of Civil Procedure. The FedEx package included copies of the Complaint, John Doe's pseudonym motion, the Order, the Notice of Appeal, the Court's docketing statement, my Notice of Appearance, and John Doe's docketing statement. Jane Doe received, and signed for, the package on January 27, 2023.

7. Annexed hereto as Exhibit 4 is a true and correct copy of an excerpt

from Volokh, E., *Law of Pseudonymous Litigation*, 73 Hastings L.J. 1353 (2022).

Executed on the 3rd day of February, 2023.

              /s/ *Kara L. Gorycki*
                Kara L. Gorycki

## CERTIFICATE OF COMPLIANCE

I certify that the above declaration contains 327 words.

                                                                 /s/ *Kara L. Gorycki*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, a true and correct copy of the foregoing was served through the CM/ECF system. On the same day, a copy of the foregoing was also served on Jane Doe via FedEx, along with a copy of Volokh's motion.

/s/ *Kara L. Gorycki*