# Exhibit 1

*Faculty listed in alphabetical order – please see faculty specific description for requisite information.*

E. Volokh

## General Course Description:

This Clinic files friend-of-the-court briefs on behalf of nonprofits (e.g., the Reporters Committee for Freedom of the Press, the Electronic Frontier Foundation, and more) in a wide range of First Amendment cases. Past cases have involved libel, student speech, the right of publicity, trademark law, and many more topics. Students work in teams of three on each brief, and work on three briefs per semester.

No prerequisites.

## Course Information:

| Faculty | Term | Course | Section | Schedule | Units | Requisite | Satisfies SAW |
|---|---|---|---|---|---|---|---|
| Eugene Volokh | 22F | 724A | LEC 1 | T 3:20 PM - 5:20 PM | 2.0 | No | No |
| | | | | Experiential course enrollment through separate process; deadline: July 21, noon. See ENROLL.LAW.UCLA.EDU Early drop deadline: 5:00 pm on 8/19/2022. Yearlong course. | | | |
| Eugene Volokh | 23S | 724B | LEC 1 | Unscheduled | 2.0 | No | No |
| | | | | Second part of a yearlong course. The Records Office will process enrollment for this course. | | | |

## Previous Course Offerings:

| Faculty | Term | Course | Section | Schedule | Units | Requisite | Satisfies SAW |
|---|---|---|---|---|---|---|---|
| Eugene Volokh | 20S | 724 | LEC 1 | W 10:00 AM - 12:00 PM | 4.0 | No | No |
| | | | | Experiential course enrollment through separate process; deadline: Noon on 10/18/2019. See ENROLL.LAW.UCLA.EDU. Early drop deadline: 5:00pm on 1/17/2020. | | | |
| Eugene Volokh | 21F | 724A | LEC 1 | T 3:20 PM - 5:20 PM | 2.0 | No | No |
| | | | | Experiential course enrollment through separate process; deadline July 16, noon. See ENROLL.LAW.UCLA.EDU Early drop deadline: 5:00 pm on 8/27/2021. Yearlong course. | | | |
| Eugene Volokh | 22S | 724B | LEC 1 | Unscheduled | 2.0 | No | No |
| | | | | Second part of a yearlong course. The Records Office will process enrollment for this course. | | | |

### Categories

Constitutional & Public Law; Experiential Courses - Clinics, Simulations, and Externships; Public Interest Law; Research, Writing, & Legal Scholarship;