FILED: March 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1058
(5:22-cv-00500-D-BM)

JOHN DOE,

          Plaintiff - Appellant,

v.

JANE DOE,

          Defendant - Appellee.

O R D E R

Eugene Volokh moves to be appointed pro bono amicus curiae in support of the district court's order denying John Doe's motion for leave to proceed under a pseudonym and file an amicus brief. The court denies the motion.

For the Court

/s/ Patricia S. Connor, Clerk