IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Record No. 23-1058

JOHN DOE,
    Plaintiff-Appellant,

    v.

JANE DOE,
    Defendant-Appellee.
_____

DEFENDANT-APPELLEE'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL APPENDIX

  Pursuant to Local Rule 30(c), Defendant-Appellee Lily Chin, named as "Jane Doe," moves for leave to file a supplemental appendix to this appeal. In support of this motion, Ms. Chin respectfully shows the following:

  1. Plaintiff-Appellant John Doe appeals to this Court's from the district court's order denying Mr. Doe's motion for leave to proceed by pseudonym.

  2. Mr. Doe filed his notice of appeal, JA52, and this appeal was docketed (Dkt. No. 1), before Mr. Doe sent Ms. Chin notice of the lawsuit and a request to waive service of the summons. *See* Waiver of the Service of Summons, *Doe v. Doe*, No. 5:22-cv-00500-D-BM (E.D.N.C. Mar. 3, 2023); Declaration of Kara L. Gorycki ¶¶ 5-6 (Dkt. No. 9-2).

  3. Undersigned counsel entered a notice of appearance in this appeal on February 24, 2023. (Dkt. No. 13, 15). Mr. Doe's counsel acted promptly to

inform the undersigned counsel of the status of appendix preparations—the morning after undersigned counsel appeared, Mr. Doe's counsel sent the undersigned counsel a list of the contents of the appendix, and informed the undersigned counsel that the appendix had been prepared ahead of the filing of Mr. Doe's opening brief, due on Monday, February, 27, 2023. Undersigned counsel responded and did not assert any objection to the contents of the appendix.

4. This Court's local rules make both parties responsible for preparing the appendix, and provide that "[e]xcept under the most extraordinary circumstances, supplementary appendices will not be accepted." 4th Cir. R. 30(c). "If a party files a motion for leave to file a supplemental appendix, the motion must specifically identify the contents of the supplemental appendix, state that the items are matters of record, and set forth good cause why the original appendix should not be returned for insertion of the additional materials." *Id.*

5. Ms. Chin moves the Court for leave to file a supplemental appendix comprising only Mr. Doe's Motion for Leave to Proceed Under Pseudonym and the proposed order he attached to that motion. This item is a matter of record; it is filed with the district court at docket entry number 5. *See* Pl.'s Mot. for Leave to Proceed Under Pseudonym, *Doe*, No. 5:22-cv-00500-D-BM (E.D.N.C. Dec. 8, 2022).

6. Ms. Chin respectfully contends that there is good cause for the Court to accept the supplemental appendix and not return the existing appendix. As noted

above, Ms. Chin did not object to the list of contents of the appendix compiled by Mr. Doe's counsel. Therefore, Mr. Doe's counsel properly filed the appendix with the listed contents. Prior to receiving Mr. Doe's opening brief, Ms. Chin believed that list of contents was sufficient based on her counsel's review of the docketing statement. *See* Docketing Statement at 3 (Dkt. No. 5) (identifying issue on appeal as "Did the District Court err in denying Plaintiff-Appellant John Doe's motion to proceed by pseudonym in the underlying action?"). However, in Mr. Doe's opening brief, which he filed contemporaneously with the joint appendix, Mr. Doe argues that he "moved for pseudonym protection for himself, Jane Doe and Sue Roe, but the District Court declined to decide whether Jane Doe and Sue Roe could be named by pseudonym." Appellant's Br. 32-33 (Dkt. No. 18). He cites the district court's order, *id.* 33 (citing JA62), where the district court stated, "As mentioned, plaintiff's motion asked only to permit him to proceed pseudonymously," and the district court cited "D.E. 5," Mr. Doe's Motion for Leave to Proceed Under Pseudonym. *See* JA62. Ms. Chin does not agree that Mr. Doe "moved for pseudonym protection for himself, Jane Doe and Sue Roe." *See* Appellant's Br. 32. To respond to Mr. Doe's argument about what relief he sought from the district court, Ms. Chin seeks to rely on the content of the motion Mr. Doe filed with the district court. Ms. Chin contends that extraordinary circumstances support her request to supplement the appendix with that motion, because she could not

anticipate that Mr. Doe would argue on appeal that he sought relief other than to proceed by pseudonym himself.

7. Undersigned counsel advised counsel for Mr. Doe of the intent to file this motion. Mr. Doe's counsel indicated that Mr. Doe objects to the relief sought by this motion on two grounds: (1) Mr. Doe contends that the supplement is not necessary; and (2) Mr. Doe gave the undersigned counsel notice of the contents of the appendix before filing it.

8. This motion is made in good faith and not for the purpose of delay. The proposed supplement to the appendix is short, comprising a total of four pages. Mr. Doe will not be prejudiced by the filing of such a short supplement containing only the filing he made in the district court.

For the reasons stated above, Defendant-Appellee respectfully requests that the Court grant this motion and allow the filing of the supplemental appendix.

This the 29th day of March, 2023.

        ELLIS & WINTERS LLP

        <u>/s/ Kelly Margolis Dagger</u>
        Kelly Margolis Dagger
        N.C. State Bar No. 44329
        kelly.dagger@elliswinters.com
        James M. Weiss
        N.C. State Bar No. 42386
        jamie.weiss@elliswinters.com
        Post Office Box 33550
        Raleigh, North Carolina 27636
        Telephone: (919) 865-7000
        Facsimile: (919) 865-7010

        *Counsel for Defendant-Appellee Lily Chin*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the clerk of court using the CM/ECF system which will send notice of the filing to counsel for Plaintiff-Appellant addressed as follows:

    Kara Gorycki, Esq.
    kgorycki@nmllplaw.com

This the 29th day of March, 2023.

                          ELLIS & WINTERS LLP

                          /s/ Kelly Margolis Dagger
                          Kelly Margolis Dagger
                          N.C. State Bar No. 44329
                          kelly.dagger@elliswinters.com
                          Post Office Box 33550
                          Raleigh, North Carolina 27636
                          Telephone: (919) 865-7000
                          Facsimile: (919) 865-7010

                          *Counsel for Defendant-Appellee Lily Chin*