IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Record No. 23-1058

JOHN DOE,
    Plaintiff-Appellant,

v.

JANE DOE,
    Defendant-Appellee.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
AT RALEIGH
_____

SUPPLEMENTAL APPENDIX
(Pages 1 – 4)
_____

Kelly Margolis Dagger
James M. Weiss
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000

*Counsel for Defendant-Appellee*
*Lily Chin ("Jane Doe")*

# TABLE OF CONTENTS
## Supplemental Appendix

Title                                                               Page

Plaintiff's Motion for Leave to Proceed Under Pseudonym
        filed on December 8, 2022 ..................................................................1

Proposed Order [on Plaintiff's Motion for Leave to Proceed Under Pseudonym]
        filed on December 8, 2022 ..................................................................4

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-500-BO

```
-----------------------------------------------------------------x
JOHN DOE,                                                        |
                                                                 |
                        Plaintiff,                               |
                                                                 |
            -v-                                                  |
                                                                 |
JANE DOE,                                                        |
                                                                 |
                        Defendant.                               |
-----------------------------------------------------------------x
```

**PLAINTIFF'S MOTION FOR
LEAVE TO PROCEED UNDER PSEUDONYM**

Plaintiff John Doe moves the Court for leave to proceed under pseudonym. In support of this motion Plaintiff will file contemporaneously a memorandum of law which is incorporated herein.

Respectfully submitted on this 8th day of December, 2022.

                                                            NESENOFF & MILTENBERG, LLP
                                                            *Attorneys for Plaintiff*

                                                           **By:** /s/ *Andrew Miltenberg*
                                                           Andrew T. Miltenberg, Esq.
                                                           363 Seventh Avenue, Fifth Floor
                                                           New York, New York 10001
                                                           (212) 736-4500
                                                           amiltenberg@nmllplaw.com
                                                           *Pro Hac Vice Application forthcoming*

                                                           -and-

EKSTRAND AND EKSTRAND, LLP

**By:** /s/ *Robert Ekstrand*
Robert C. Ekstrand, Esq.
N.C. Bar No. 26673
110 Swift Avenue, 2nd Floor
Durham, North Carolina 27705
Tel. (919) 416-4590
rce@ninthstreetlaw.com
Local Civil Rule 83.1(d) Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 8th day of December, 2022, I filed the foregoing using the CM/ECF system, which will provide notice to all counsel of record and will serve the same with the complaint and summons in this action.

**NESENOFF & MILTENBERG, LLP**
*Attorneys for Plaintiff*

**By:** /s/ *Andrew Miltenberg*
Andrew T. Miltenberg, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com

**EKSTRAND AND EKSTRAND, LLP**

**By:** /s/ *Robert Ekstrand*
Robert C. Ekstrand, Esq.
N.C. Bar No. 26673
110 Swift Avenue, 2nd Floor
Durham, North Carolina 27705
Tel. (919) 416-4590
rce@ninthstreetlaw.com
Local Civil Rule 83.1(d) Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-500-BO

**JOHN DOE,**

    *Plaintiff,*

 v.

**JANE DOE.**

    *Defendants.*

## [PROPOSED] ORDER

This matter is before the court on the Plaintiff's Motion for Leave to Proceed Under a Pseudonym (ECF No. 5). For the reasons set out in the Motion and supporting memorandum of law and for other good cause shown, the Motion will be GRANTED.

THEREFORE, it is hereby ORDERED that the parties shall proceed in this action by referring to one another's pseudonym in the manner set out in the Motion.

SO ORDERED this ____ day of December 2022.

            _____
            []
            United States District Court Judge

Case 5:22-cv-00500-D-BM   Document 5-1   Filed 12/08/22   Page 1 of 1