FILED: March 31, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1058
(5:22-cv-00500-D-BM)
_____

JOHN DOE

        Plaintiff - Appellant

v.

JANE DOE

        Defendant - Appellee

_____

O R D E R
_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk