

Writer's E-mail Address:  
kelly.dagger@elliswinters.com

Writer's Direct Dial Number:  
(919) 573-1292

September 18, 2023

**VIA CM/ECF**
Nwamaka C. Anowi, Clerk
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Re:  *John Doe v. Jane Doe*, No. 23-1058

Dear Ms. Anowi:

Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure and Fourth Circuit Rule 28(e), Defendant-Appellee Lily Chin draws the Court's attention to *Doe v. Roe*, No. 23-cv-01149-NYW-KLM, 2023 WL 4562543 (D. Colo. July 17, 2023), as a supplemental authority.

In *Doe v. Roe*, the court denied a motion to proceed by pseudonym, citing the district court's decision in the instant case with approval. *Id.* at *3. The plaintiff alleged that he was expelled from his fraternity and forced to withdraw from his university after the defendant told other individuals, allegedly falsely, that the plaintiff had raped and abused her. *Id.* at *1. The plaintiff sued the defendant for defamation and other claims and sought to proceed by pseudonym. *Id.* While recognizing that the plaintiff's allegations were sensitive and personal in nature, *id.* at *3, the district court denied the pseudonym motion. The district court found that the plaintiff had not shown a risk of physical harm, despite allegations of bullying on campus, where the plaintiff also alleged that he had returned home. *Id.* The court rejected the plaintiff's argument that using his real name would undermine the relief he sought, noting that the plaintiff sought damages for past conduct, not injunctive relief to prevent future harm. *Id.* The court also noted that the defendant intended to use her real name. *Id.* at *4.

*Doe v. Roe* further supports Ms. Chin's arguments that the district court in this case properly exercised its discretion to deny Mr. Doe's pseudonym motion.

**ELLIS & WINTERS LLP**

*Mailing Address:* P.O. Box 33550, Raleigh, NC 27636
4131 Parklake Avenue, Suite 400, Raleigh, NC 27612
**T** 919.865.7000  **F** 919.865.7010  **W** www.elliswinters.com

Like the plaintiff in *Doe v. Roe*, Mr. Doe has not shown a risk of retaliation if his identity as the plaintiff is revealed. *See* Appellee's Br. 23-26; JA57-58. And like the plaintiff in *Doe v. Roe*, Mr. Doe does not seek injunctive relief; he seeks damages, through defamation and other tort claims, against a woman who accused him of sexual assault. *See* Appellee's Br. 43-48; JA7. Having to use his real name will not prevent Mr. Doe from seeking those damages. *See* Appellee's Br. 43-48.

Thank you for your consideration.

Sincerely,

ELLIS & WINTERS LLP

Kelly Margolis Dagger

cc: All counsel of record (via CM/ECF)